UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARIEL BERBER,

    Plaintiff,

v.                                                Case No: 2:20-cv-961-JLB-MRM

TRANS UNION, LLC, and AMERICAN
CREDIT ACCEPTANCE LLC,

    Defendants.
_____

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal as to Defendant Trans Union, LLC ("Trans Union"). (Doc. 14.)[1] The notice is self-executing. See Fed. R. Civ. P. 41(a)(1)(A)(i); Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Accordingly, Trans Union is **DISMISSED WITH PREJUDICE**.

The Court notes that Plaintiff has settled with the only other named Defendant, American Credit Acceptance LLC ("American Credit") but has not yet dismissed American Credit. (Doc. 12.) Accordingly, **on or before May 6, 2021**, Plaintiff is **DIRECTED TO SHOW CAUSE** as to why the Court should not dismiss American Credit and close the file. (See Doc. 13.) Plaintiff's failure to either

---

[1] The Court previously dismissed without prejudice Trans Union under then-Local Rule 3.08(b). (Doc. 7.) Although untimely, to the extent Plaintiff seeks to reopen the case and dismiss Trans Union with prejudice, the Court finds good cause to do so and will accept the Notice of Voluntary Dismissal (Doc. 14) as filed.

- 2 -

dismiss American Credit or request an extension of time will result in the Court dismissing American Credit and closing the case without further notice.

**ORDERED** at Fort Myers, Florida, on April 29, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE