UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARIEL BERBER,

    Plaintiff,

v.                                Case No:  2:20-cv-961-JLB-MRM

AMERICAN CREDIT ACCEPTANCE LLC,

    Defendant.
_____

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal as to Defendant American Credit Acceptance LLC.  (Doc. 16.)[1]  The notice is self-executing.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  Accordingly, the Clerk is **DIRECTED** to close the file.

**ORDERED** at Fort Myers, Florida, on May 6, 2021.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] The Notice is improperly titled "Notice of Voluntary Dismissal for Defendant Trans Union, LLC."  (Doc. 16 (emphasis added).)  But Plaintiff previously dismissed with prejudice her claims against Trans Union (Docs. 14, 15) and the filing specifically identifies the only other remaining Defendant, American Credit Acceptance (Doc. 16).